WALTER CARNECKY v. JAMES GORMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS WHITE HOLDING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of TERENCE J. McMANUS and Others, as Executors, etc., of SOLOMON LIBMAN, Deceased.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CENTURY FACTORS, INC., v. KALMAN KANTER.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHRIS G. FEUCHT v. BENJAMIN F. REINAUER and Another, Impleaded with WILLIAM E. WOODMAN and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

YETTA FERTMAN v. HERMAN WANGROW and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ASSETS AND LIABILITIES ASSOCIATION, INC., v. KOTAL COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WETZEL, INC., v. JEROME J. HUBER.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOE G. MURPHY v. NEW YORK AND CUBA MAIL STEAMSHIP COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERBERT S. AUERBACH and Another, as Executors, etc., of EVELINE S. AUERBACH, Deceased, v. WESTCHESTER FIRE INSURANCE COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARBECK HALSTED v. WILLIAM B. WOLFFE.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FLOOD & CONKLIN COMPANY, a Foreign Corporation, v. SAMUEL HYMAN.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LIBERTY STATE BANK v. FRANK HILLMAN & SON, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED E. OMMEN and Another, as Trustees, etc., of ELIZA M. PELGRAM, Deceased, v. HAROLD W. KRAUSSMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GOTHAM CREDIT CORPORATION v. ANDREW FEULA and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.